**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cv-8251 ODW (PJW) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| REAL PROPERTY AT 1632 COLORADO BLVD., ET AL. | |
| Defendants. | |

On September 28, 2012, the Court ordered the parties to file their joint Rule 26(f) report two weeks in advance of the scheduling conference set for December 10, 2012. (ECF No. 3.) A week before the scheduling conference, the Court has yet to receive any such report. As the Court's standing order declared, Plaintiff's failure to file the Rule 26(f) report warrants dismissal of the action for lack of prosecution. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

S**O ORDERED.**

December 3, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**